IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE WILSON : CIVIL ACTION
:
    v. :
:
RAMON GERBER, et al. : NO. 11-6517

ORDER

AND NOW, this 26th day of July, 2013, upon consideration of the combined motion for judgment on the pleadings and for summary judgment filed by defendants Ramon Gerber and American Paper Tube & Core, Inc. (ECF No. 52), and the briefs in support of and opposition to that motion, and following oral argument held on June 28, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendants' motion is GRANTED IN PART and DENIED IN PART. IT IS FURTHER ORDERED THAT:

    1. Judgment is hereby ENTERED in favor of the defendants and against the plaintiff on the plaintiff's claims under Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act.

    2. With respect to the claims asserted against the defendants under 42 U.S.C. § 1981, their motion for summary judgment is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.